No. 87–1439.   REVIE v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 87–1525.   PACIFIC FRUIT EXPRESS AND UNION PACIFIC FRUIT EXPRESS JOINT PROTECTIVE BOARD, BROTHERHOOD RAILWAY CARMEN DIVISION, TRANSPORTATION COMMUNICATIONS INTERNATIONAL UNION v. UNION PACIFIC FRUIT EXPRESS CO. ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 87–1556.   NATES v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 87–1593.   NORMAN'S COUNTRY MARKET, INC., ET AL. v. MCLAUGHLIN, SECRETARY OF LABOR.   C. A. 11th Cir.   Certiorari denied.

No. 87–1599.   CECIL ET AL. v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 87–1600.   PENNINGTON ET AL. v. MCLAUGHLIN, SECRETARY OF LABOR.   C. A. 5th Cir.   Certiorari denied.

No. 87–1603.   ROMANO v. MERRILL LYNCH, PIERCE, FENNER & SMITH ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 87–1657.   MUSSO ET AL., TRUSTEES OF TEAMSTERS LOCAL #641 PENSION FUND v. BAKER, SECRETARY OF THE TREASURY, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 87–1669.   DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS v. AGAN.   C. A. 11th Cir.   Certiorari denied.

No. 87–1751.   BENNETT v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 87–1758.   MEYERS INDUSTRIES, INC. v. NATIONAL LABOR RELATIONS BOARD ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 87–1768.   BREEDEN v. MUNCY, WARDEN.   C. A. 4th Cir. Certiorari denied.